UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Victor Antonio Sanchez, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-17-3666 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Order of Adoption

On July 23, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation recommending that Victor Antonio Sanchez's petition for writ of habeas corpus be denied with prejudice. Sanchez filed objections, which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed _AUG. 22_ 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge